# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CALVIN J. HILL, INDIVIDUALLY
AND AS THE EXECUTOR OF THE
SUCCESSION OF ELNORA JOHNSON
HILL

NO.   2019 CW 0464

VERSUS

TMR EXPLORATION, INC., PARK
EXPLORATION, INC., AND VITOL
RESOURCES, INC.

**AUG 1 9 2019**

In Re:   Raymond J. Lasseigne, applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 1041245.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT NOT CONSIDERED.** The writ application does not include a copy of the exception of res judicata filed by relator against Roosevelt Hill, et al, plaintiffs-in-intervention. Therefore, the writ application fails to comply the Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(8).

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event Relator seeks to file a new application with this court, it must contain all pertinent documentation and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before August 30, 2019 and must contain a copy of this ruling.

PMc
JEW

**Holdridge, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT